JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ISMAEL VILLARREAL, | Case No. 5:20-cv-01942-VBF-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RALPH DIAZ, *et al*., | |
| Defendants. | |

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice for failure to state a claim.

DATED:  September 27, 2021          /s/ Valerie Baker Fairbank

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE